**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 01-7413**

---

UNITED STATES OF AMERICA,

                              Plaintiff - Appellee,

     versus

TOBARIS ANIBAL PAUL, a/k/a Big Shot, a/k/a
Shot,

                              Defendant - Appellant.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Newport News.  Rebecca B. Smith, District Judge.  (CR-97-9-4, CA-99-120-4)

---

Submitted:  December 20, 2001          Decided:  January 2, 2002

---

Before LUTTIG, TRAXLER, and GREGORY, Circuit Judges.

---

Dismissed by unpublished per curiam opinion.

---

Tobaris Anibal Paul, Appellant Pro Se.  Janet S. Reincke, OFFICE OF THE UNITED STATES ATTORNEY, Norfolk, Virginia, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

   Tobaris Anibal Paul seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp. 2001). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. See United States v. Paul, Nos. CR-97-9-4; CA-99-120-4 (E.D. Va. dated July 17, 2001, entered July 18, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

                                                              DISMISSED

2